

APRIL 18, 1966.

No. 256. UNITED STATES *v.* COOK. Appeal from D. C. M. D. Tenn. (Probable jurisdiction noted, 382 U. S. 953.) Motion of appellee for leave to proceed further *in forma pauperis* granted.

No. 404. UNITED STATES *v.* PABST BREWING CO. ET AL. (Probable jurisdiction noted, 382 U. S. 900.) Appeal from D. C. E. D. Wis. Motion of Brewers' Association of America for leave to file brief, as *amicus curiae,* granted. *Thomas E. O'Neill* on the motion. *John T. Chadwell, Glenn W. McGee, David A. Nelson, Joseph R. Gray* and *Ray T. McCann* for Pabst Brewing Co., and *Leonard J. Emmerglick* for Schenley Industries, Inc., et al., appellees, in opposition to the motion.

No. 611. UNITED STATES *v.* ARNOLD, SCHWINN & CO. ET AL. Appeal from D. C. N. D. Ill. (Probable jurisdiction noted, 382 U. S. 936.) Motion to supplement appellant's designation of record and to withdraw certain portions granted. *Solicitor General Marshall* on the motion. *Harold D. Burgess, Robert C. Keck* and *Earl E. Pollock* for appellees in opposition to appellant's motion to supplement designation of record.

No. 673. CARDONA *v.* POWER ET AL. Appeal from Ct. App. N. Y. (Probable jurisdiction noted, 382 U. S. 1008.) Motion of Nathan Straus for leave to file brief, as *amicus curiae,* granted.